UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.10-6873-6B7

In the Matter of:

ROBERT J. VEGA

    Debtor.
_____

SCOTT A. BROWN

    Plaintiff,

v.

ROBERT J. VEGA

    Defendant.
_____/

## MOTION TO STRIKE AND DISMISS

COMES NOW the Defendant, by and through his undersigned attorneys, pursuant to FBRP 7012(f) and files this Motion to strike paragraphs from the Complaint as immaterial, impertinent and scandalous, and as grounds will show:

### MOTION TO STRIKE

1.    Paragraphs 12 - 15, 23, 29 - 35, 45, 46, 71 - 86 concerning inducing new members to invest in Winter Park Partners Developers (WPPD) as this cannot constitute grounds under 11 U.S.C. §523 for the debt to Plaintiff.

2.    Paragraphs 50 - 70 concerning claims Vega provided insufficient checks or false forms to third parties from WPPD as these offer no proof for claims under 11 U.S.C. §523 for the debt to Plaintiff.

WHEREFORE, it is prayed the Court strike these paragraphs as irrelevant and scandalous to a §523 action.

1

## MOTION TO DISMISS COMPLAINT

1.  Count I - §523(a)(2)(A) - because the allegations show a breach of agreement which is not the basis of a fraud claim.

WHEREFORE, it is prayed the Court dismiss this count with prejudice.

2.  Count II - §523(a)(4) - because the allegations show that the only entity with standing to pursue an embezzlement would be the legal entity known as WPPD.

WHEREFORE, it is prayed the Court strike these paragraphs as irrelevant and scandalous to a §523 action.

3.  Count III - §523(a)(6) - because the allegations do not show anything more than a breach of contract or embezzlement of the funds of the legal entity WPPD.

WHEREFORE, it is prayed the Court strike these paragraphs as irrelevant and scandalous to a §523 action.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by United States Mail and/or electronic transmission to Scott A. Brown, 2883 Wild Ginger Court, Winter Park, Florida 32792 this 29 day of December, 2010.

_____
Raymond J. Rotella, Jr.
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
Rrotella@kostoandrotella.com
Attorneys for Defendant