UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ROBERT J. VEGA,

    Debtor.
_____/

SCOTT A. BROWN,

    Plaintiff,

v.

ROBERT J. VEGA,

    Defendant.
_____/

Case No.: 10-bk-6873-6B7

Chapter 7

ADV. PRO. NO. 10-299

## OBJECTION TO SUBPOENA

Non-Parties, PETER F. CARR, JR., ESQ., and CARR LAW FIRM, P.A. (hereinafter referred as "Non-Parties"), hereby serve their objection to the Subpoena issued by Attorney Raymond J. Rotella and served on them on June 23, 2011 (the "Subpoena") in this matter. The Subpoena commands the Non-Parties to produce documents referenced in Exhibit "A" to the Subpoena on July 18, 2011. However, the Subpoena served on Non-Parties did not include an Exhibit "A".

Non-Parties object to the Subpoena for the following reasons: (a) it fails to sufficiently identify the documents that are commanded to be produced; (b) it may seek information protected by the attorney-client privilege; (c) it may seek information

1

protected by the work product privilege; (d) it may seek information that is subject to a confidentiality agreement; (e) it may subject Non-Parties to undue burden; and (f) it fails to allow a reasonable time to comply.

/s/ Peter F. Carr, Jr.
PETER F. CARR, JR., ESQ.
Florida Bar No.: 0046078
Carr Law Firm, P.A.
189 S. Orange Avenue
Suite 1520B
Orlando, Florida 32801
Telephone: (407) 426-9300
Facsimile: (407) 426-9304
Attorney for Non-Parties

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 7th day of July, 2011 to: Raymond J. Rotella, Esq., Kosto & Rotella, P.A., 619 E. Washington Street, Orlando, FL 32801; Robert J. Vega, 4040 Gilder Rose Pl., Winter Park, FL 32792; and Scott A. Brown, 2883 Wild Ginger Court, Winter Park, FL 32792.

/s/ Peter F. Carr, Jr.
PETER F. CARR, JR., ESQ.